IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SARAH BALES | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO: |
| | ) | 1:16-CV-00444-LMM |
| v. | ) | |
| | ) | |
| WOODALL & BROOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon the parties' Joint Motion and Incorporated Memorandum of Law for Approval of Settlement [12]. The Court held a hearing on the matter on May 16, 2016. The Court has considered the Joint Motion and the proposed settlement agreement entered into by the parties to this action, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties' proposed settlement agreement is fair and reasonable, and the Joint Motion and Incorporated Memorandum of Law for Approval of Settlement is **GRANTED.**

2. This action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 16th day of May, 2016.

_____
Leigh Martin May, Judge
United States District Court
Northern District of Georgia